IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.  Criminal No. 10-00049-1  (Erie)

HUGO LOPEZ,
      Defendant.

### ORDER OF COURT

AND NOW, to-wit, this 28th day of May 2013, upon consideration of the within Motion for Return of Seized Property, it is hereby ORDERED, ADJUDGED, AND DECREED that the Defendant's motion is granted. The Government is ordered to return the following property to the Defendant within 60 days of the date of this Order: cell phone, wallet containing $850.00 in cash, key chain containing several keys, debit card, state identification card, one (1) pair of jeans, three (3) pairs of sunglasses, and outerwear, including one (1) pair of gloves and several thermal headbands.

*Maurice B. Cohill, Jr.*; J.
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:    Christian A. Trabold, AUSA
         Christy P. Foreman, Esquire